IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **AmeriHome Mortgage Company, LLC,** § § | |
| *Plaintiff,* § § | **CASE NO. 1:25-CV-00782-ADA-SH** |
| **v.** § § | |
| **Vicki Anne Jackson and United States of America,** *on behalf of the Secretary of Housing and Urban Development*, § § § | |
| *Defendants*. § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower (Dkt. 11). The report recommends that this Court DISMISS without prejudice Plaintiff AmeriHome Mortgage Company, LLC's claims against Defendants Vicki Anne Jackson and the United States under Rule 4(m). The report was filed on November 6, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 11) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff AmeriHome Mortgage Company, LLC's claims against Defendants Vicki Anne Jackson and the United States are hereby DISMISSED WITHOUT PREJUDICE under Rule 4(m).

**SIGNED** this 10th day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE